# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
## Pittsburgh, Pennsylvania

**USA v. JUSTICE FORRAL**                  Case No.   **2:25-CR-113-RLP-2**

**USA v. COLLIN JAMES MUNCEY**                       **2:25-CR-113-RLP-5**

**USA v. BAJUN DHUNJISHA**                           **2:25-CR-113-RLP-8**
**MAVALWALLA, II**

Spokane Video Conference (JAG @ Pittsburgh; Counsel and Defendant @ Spokane)
Defendants consented to appear via video conference

## Initial Appearance and Arraignment on Indictment:          07/15/2025

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy | ☒ | Lisa Cartier Giroux, US Atty |
| ☒ | Patrick J. Dennis, US Probation / Pretrial Services Officer | ☒ | Andrea George, Defense Atty for Forral (2) |
| ☒ | Defendants present ☒ in custody USM | ☒ | Michael Merritt, Defense Atty for Muncey (5) |
| | | ☒ | Matthew Duggan, Defense Atty for Mavalwalla, II (8) |
| | | ☒ | Interpreter **NOT REQUIRED** |

| | | | |
|---|---|---|---|
| ☐ | USA Motion for Detention for each Defendant | ☒ | Rights given to each Defendant |
| ☒ | USA not seeking detention as to all Defendants | ☒ | Acknowledgment of Rights filed for each Defendant |
| ☒ | Financial Affidavit (CJA 23) filed for each Defendant | ☒ | Defendants received copy of Indictment |
| ☒ | The Court will appoint the Federal Defenders for Defendant JUSTICE FORRAL | ☒ | Defendants waived reading of Indictment |
| ☒ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney for Defendants COLLIN JAMES MUNCEY | ☒ | Indictment reviewed in open court |
| ☐ | Pretrial Services Report ordered | ☒ | Supplemental Pretrial Services Report authorized for each Defendant |
| | | ☐ | AO199c Advice of Penalties & Sanctions filed |

## REMARKS

Defendants appeared, in custody, with counsel.

Defendant 2 acknowledged to the Court that his true and correct name is **JUSTICE FORRAL**.

Defendant 5 acknowledged to the Court that his true and correct name is **COLLIN JAMES MUNCEY**.

Defendant 8 acknowledged to the Court that his true and correct name is **BAJUN DHUNJISHA MAVALWALLA, II**.

Defendants were advised of their rights and the allegations contained in the Indictment.

"Not guilty" plea entered as to all counts for each Defendant.

Based on information provided in the Financial Affidavits, the Court appointed the **Federal Defenders** to represent Defendant **JUSTICE FORRAL** in this matter.

Based on information provided in the Financial Affidavits, the Court appointed counsel from the CJA Panel, **Michael Merritt**, to represent Defendant **COLLIN JAMES MUNCEY** in this matter.

Defendant, **BAJUN DHUNJISHA MAVALWALLA, II,** has retained private counsel, **Matthew Duggan**, in this matter.

Government is not seeking detention as to these Defendants.

Defense counsel orally moved to restrict communication, direct and indirect, between state and federal law enforcement officers pertaining to this case. The Court directed counsel to file a written motion.

**The Court ordered:**
1. Discovery to be provided according to Local Rules on discovery.
2. Oral order issued confirming the Government's disclosure obligations under the Due Process Protections Act and the possible consequences of violation of said order.
3. Conditions of release imposed upon each Defendant which were read to them in Court. Order forthcoming.
     - Defendant shall not commit any offense in violation of federal, state, or local, or tribal law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, including tribal agencies, without providing notice to United States Probation. Defendant shall comply with all conditions of supervision imposed by other courts.
     - Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.
     - Defendant shall sign and complete A.O. Form 199C before being released. Defendant shall reside at an address approved by Pretrial Services and advise the Court, defense counsel and the U.S. Attorney in writing at least twenty-four hours before making any change in address, phone number, or employment.
     - Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.
     - Defendant shall not possess a firearm, destructive device, or other dangerous weapon. There shall be no firearms in the home where Defendant resides.

- Defendant is further advised, pursuant to 18 U.S.C. § 922(n), it is unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year, to possess, ship or transport in interstate or foreign commerce any firearm or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.
- Defendant shall surrender any passport to Pretrial Services and shall not apply for replacements and shall not apply for any travel documents and/or a passport for any country. Defendants may retain enhanced driver's license if applicable.
- Defendant shall remain in the State of Washington or District of Idaho while the case is pending. Defendant may be permitted to travel outside this geographical area *with advance notice and approval* from U.S. Probation. Defendant **BAJUN MAVALWALLA, II** may travel as needed for family vacation from August 7 through August 31. Defendant **BAJUN MAVALWALLA, II** may check his passport out from Pretrial Services for that travel. Defendant **COLLIN MUNCEY** may travel to Oregon from August 1 through August 4. All court approved travel needs to be relayed to Pretrial Services.
- Defendant shall have no contact, whatsoever, direct or indirect, with any codefendants or persons Defendant knows or reasonably should know are or may become a victim in the subject investigation or prosecution, unless attorneys for defendants are present. Prohibited forms of contact include, but are not limited to, telephone, mail, email, text, video, social media, and/or any contact through any third person or parties. Pretrial Services may but is not required to exempt specific named individuals from this prohibition, including but not limited to immediate family members or co-workers. Defendants **JAC DALITSO ARCHER** and **JUSTICE FORRAL** may have contact in the workplace; however, may not discuss this case.
- Defendant shall not use or possess any narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized to use medical marijuana under state law and regardless of whether marijuana is legal under state law.
- Defendant shall remain at least 200 feet from the HSI facility in Spokane. Defendant **BAJUN MAVALWALLA, II,** can conduct business at title company near the HSI facility to purchase home.
- Defendant shall not delete or alter any social media accounts, messaging, or other online form of communication or posting relating to the subject investigation or prosecution.

**Detention Hearing:**
*NA; USA not seeking detention.*