

Andrea K. George
Executive Director
601 W. Riverside Ave., Suite 900
Spokane, Washington 99201
509.624.7606
Attorney for Justice Forral

UNITED STATES DISTRICT COURT
HONORABLE REBECCA L. PENNELL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>JUSTICE FORRAL,<br><br>DEFENDANTS. | NO. 2:25-CR-00113-RLP<br><br>NOTICE OF FILING SUPPLEMENTAL JURY QUESTIONNAIRE |

On behalf of Justice Forral, Jac Archer and Bajun Mavalwalla II, counsel files this Notice of Filing Supplemental Jury Questionnaire.

Along with the Jury Questionnaire regularly sent out to prospective jurors, Justice Forral, Jac Arch and Bajun Mavalwalla II, as that the Court provide the prospective jurors with the attached Supplemental Jury Questionnaire.

Dated: March 30, 2026.

Federal Defenders of Eastern Washington & Idaho
s/Andrea K. George
Andrea K. George, MN 0202125
601 W. Riverside Ave., Suite 900
Spokane, Washington 99201
t: (509) 624-7606
f: (509) 747-3539
Andrea_George@fd.org

SERVICE CERTIFICATE

I hereby certify that on March 30, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which our office will send notification of such filing to the following: Earl Hicks, Assistant United States Attorneys Lisa Cartier-Giroux and Rebecca Perez.

s/Andrea K. George
Andrea K. George, MN 0202125
601 W. Riverside Ave., Suite 900
Spokane, Washington 99201
t: (509) 624-7606
f: (509) 747-3539
Andrea_George@fd.org