

Andrea K. George
Executive Director
601 W. Riverside Ave., Suite 900
Spokane, Washington 99201
509.624.7606
Attorney for Justice Forral

# United States District Court
## Eastern District of Washington
### Honorable Rebecca L. Pennell

| | |
|---|---|
| United States, | No. 2:25-cr-00113-RLP |
| Plaintiff, | |
| v. | Supplemental Jury Questionnaire |
| Justice Forral, | |
| Jac Archer, | |
| Bajun Mavalwalla II, | |
| Defendants. | |

SUPPLEMENTAL JUROR QUESTIONNAIRE

TO THE PROSPECTIVE JUROR:

You have been selected to serve as a potential juror for a trial that is scheduled to begin with jury selection on May 18, 2026, at 9:00 a.m. The trial will concern a protest that occurred in downtown Spokane at the Department of Homeland Security (ICE) building on June 11, 2025.

The purpose of this supplemental questionnaire is to help the Court and the lawyers determine whether you can serve as a fair and impartial juror. A fair and impartial juror is one who can decide the case based solely on the evidence presented at trial and the instructions about the law that will be given by the Court. The information you provide in response to these questions will be given to the Court and the parties. When you come for the trial itself, you likely will be asked follow-up questions about your responses. Filling out the questionnaire now will speed up the process of jury selection.

It is important you understand that the Court is sensitive to your privacy. The information contained in your answers will be used only by the Court and the parties to select a fair and impartial jury. No other prospective jurors will see your answers. After a jury has been selected, all copies of your responses to this questionnaire will be returned to the Clerk of Court and kept in confidence.  Please answer the

questions as fully and completely as possible. If you need more room than provided,

please use separate paper.

1.    What are your thoughts about what is happening in this country?

_____

_____

_____

_____

_____

2.    Do you think that ICE is only targeting violent criminals?

_____

_____

_____

_____

_____

3.    What are your thoughts on how ICE is handling the immigration situation?

_____

_____

_____

_____

_____

4.    What are your thoughts about law enforcements' responsibility to de-escalate certain situations?

_____

_____

_____

_____

_____

5.    What is the line for you where law enforcement or protesters have gone too far?

_____

_____

_____

_____

_____

6.   This case involves a protest occurring on June 11, 2025, at the Department of Homeland Security (ICE) building on Cataldo. What have you heard? What have you read? What are your thoughts about what happened?

_____

_____

_____

_____

_____

7.   Have you read any news articles, watched television, or seen social media related to the protest that occurred in Spokane on June 11, 2025, at the ICE building? If so, what are your thoughts?

_____

_____

_____

_____

_____

8.     Have you heard of Ben Stuckart and if so, what are your thoughts?

_____

_____

_____

_____

_____

9.     Have you heard of Justice Forral, and if so, what are your thoughts?

_____

_____

_____

_____

_____

10.     Have you heard of Jac Archer, and if so, what are your thoughts?

_____

_____

_____

_____

_____

11. Have you heard of Bajun Mavalwalla II, and if so, what are your thoughts?

_____

_____

_____

_____

_____

12. Have you or a close friend or family member in the last five years attended a rally, protest, demonstration, or march of any type?

_____

_____

_____

_____

_____

13. Do you believe that it is okay to engage in non-violent protests?

_____

_____

_____

14.     Do you believe it is okay for people to protest if they believe the government is acting unfairly? Why or why not?

_____

_____

_____

_____

15.     What have you heard about some people resolving the charges against them?

_____

_____

_____

_____

16.     What are your thoughts about that?

_____

_____

17.    Has anyone looked at court documents filed in this case?

_____

_____

_____

_____

18.    If so, what were the documents and what are your thoughts?

_____

_____

_____

_____

_____

19. Have you or any close friend or family ever been employed by ICE, the Department of Homeland Security, FBI, ATF or Border Patrol?

_____

_____

_____

_____

_____

20. Did you, a close friend, or family member attend the protest at the Department of Homeland Security (ICE) building on June 11, 2025?

_____

_____

_____

_____

_____

21. Do you understand that the Defendants are on trial only for the crime(s) charged and no other crime? Do you understand that it is your duty to return a verdict of guilty if the United States fails to prove beyond a reasonable doubt that the Defendants committed the crime(s) charged even if you believe the Defendant committed another uncharged crime?

SUPPLEMENTAL JURY QUESTIONNAIRE
– 9 –

22.   Are you familiar with the use of gender non-binary pronouns "they" or "them"? Have you formed any opinions about the use of gender non-binary pronouns? Several of the defendants use non-binary pronouns to describe their gender. During the trial you may hear a Defendant referred to as "they" or "them" rather than "he" or "she". How will this effect your receipt of evidence? Will it affect your ability to Judge that Defendant fairly?

_____

_____

_____

_____

Juror Signature: _____

Date: _____