# ATTACHMENT A





X

r/Spokane
u/deleted • 11mo

Join

## Molotov cocktails thrown yesterday?

[deleted]

⬆ 0    ⬇        💬 18                                    ↗

---



**dragonushi** 11mo

Firework

⋮    ↩ Reply    ⬆ -1 ⬇

  **ItinerantMonkey** 11mo

No, returning the smoking, burning garbage that the police were throwing at us.

⋮    ↩    ⬆ 2 ⬇

Continue this thread

Continue this thread

**VIEW ALL COMMENTS**



Join the conversation    ⌄